Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
MAR 03 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, | Civil Action File No. 03-00008 |
| Plaintiff, | |
| vs. | **COMPLAINT FOR TEMPORARY AND PERMANENT INJUNCTION AND FOR DECLARATORY RELIEF** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | |
| Defendant. | |

Plaintiff alleges:

1. This proceeding arises under 48 U.S.C. §1421g(d), as hereinafter more fully appears.

2. The Plaintiff is the Attorney General of Guam.

3. The Defendant William R. Thompson is the Executive Manager of the Guam Airport Authority.

4. The Guam Airport Authority is an agency of the government of Guam.

5. This Court has jurisdiction over this cause of action pursuant to 28 U.S.C. §1331, in that this cause of action arises under the Constitution or laws of the United States.

Page 1
*ATTORNEY GENERAL vs. WILLIAM R. THOMPSON, Complaint*
District Court of Guam Civil Action File No. _____

ORIGINAL

6. This is a cause of action for a declaratory judgment, pursuant to 28 U.S.C. § 2201, and for temporary and permanent injunction pursuant to Rule 56 of the Federal Rules of Civil Procedure.

7. The U.S. Congress enacted a statute, 48 USC §1421g(d), which provides in relevant part,

> "The Attorney General shall be the Chief Legal Officer of the Government of Guam."

8. On February 13, 2003, Douglas Moylan, Attorney General of Guam, received a letter from Defendant Thompson in which he indicated that the Guam Airport Authority was a defendant in two civil actions and that the a Airport " had statutory authority to retain private counsel to represent it in these civil actions. 12 G.C.A. § 1108." A copy of said letter is attached to this complaint as Exhibit 1.

9. 12 G.C.A. § 1108 provides, in relevant part, as follows:

> (a) The Board may appoint a treasurer, a controller, and an attorney, all of whom shall serve at the pleasure of the Board. Their duties and compensation shall be fixed by the Board. The Board may appoint one assistant to any such office. Any of the said offices may be consolidated into one person
>
> ...
>
> (c) The Attorney, who must have been admitted to the practice of law in Guam, shall advise the Board and the Executive Director on all legal matters to which the Authority is a party or in which the Authority is legally interested, and may represent the Authority in connection with legal matters before the Legislature, boards and other agencies of the Territory or of the United States. The Attorney for the Authority shall represent the Authority in litigation concerning the affairs of the Authority.

10. In his February 13, 2003 letter, Mr. Thompson adduced 5 G.C.A. § 30109(c), which provides that the Attorney General shall, inter alia:

Page 2
*ATTORNEY GENERAL vs. WILLIAM R. THOMPSON, Complaint*
District Court of Guam Civil Action File No. _____

Case 1:03-cv-00008   Document 1   Filed 03/03/2003   Page 2 of 7

Conduct on behalf of the government of Guam all civil actions in which the government is an interested party; provided that those branches, departments or agencies which are authorized to employ their own legal counsel may use them instead of the Attorney General.

11. In the February 13, 2003 letter, Mr. Thompson further adduced the Compiler of Laws comment to subsection c of 5 G.C.A. § 30109, as follows:

Subsection (c) has been amended by PL 18-04:5, to conform to the laws which give to specific agencies the authority to hire their own lawyers, who may undertake litigation without the supervision of the Attorney General . Such entities include the University of Guam, GEPA, the Airport Authority, GPA, GTA, the Civil Service Commission, and the Guam Memorial Hospital Authority. These authorizations are contained within the laws establishing each of the above entities.

12. The designation of the Attorney General as the "chief legal officer" of the Territory of Guam in 48 U.S.C. §1421g(d) has pre-empted Guam law respecting the distribution of power and responsibilities between the Attorney General of Guam and private counsel representing government agencies and departments.

13. The designation "chief legal officer" in 48 U.S.C. § 1421g(d) is a legal term which has been established to mean, inter alia, that the official, designated chief legal officer has authority to supervise litigation conducted by private counsel representing agencies and departments of the Guam.

14. On Wednesday, February 26, Defendant Thompson caused an advertisement to be placed in the Pacific Daily News, which solicited proposals from parties interested in performing legal services for the Guam Airport Authority. A copy of said advertisement is attached to this complaint as Exhibit 2.

15. Defendant Thompson will, unless enjoined, enter into a contract with an attorney to provide legal services for the Guam Airport Authority that is bereft of provisions for supervision

Page 3
*ATTORNEY GENERAL vs. WILLIAM R. THOMPSON, Complaint*
District Court of Guam Civil Action File No. _____

Case 1:03-cv-00008 Document 1 Filed 03/03/2003 Page 3 of 7

by the Plaintiff of any litigation conducted by such attorney on behalf of the Guam Airport Authority.

16. By reason of Defendant's action, Plaintiff will suffer irreparable damage to his authority, and that of his successors in office, to establish legal policy for the government of Guam.

17. Plaintiff has no adequate or speedy remedy at law for the above-mentioned conduct of defendant, and this action for injunctive relief is Plaintiff's only means for securing relief.

WHEREFORE, the Attorney General of Guam respectfully prays that this Court

1. Enter a Declaratory Judgment in this cause of action wherein the rights of the parties in regard to the issues herein are determined, and, specifically, Plaintiff prays that this Court enter a Judgment providing that the designation of Chief Legal Officer in 48 U.S.C. § 1421g(d) pre-empts any laws of Guam respecting the distribution of power and responsibilities between the Attorney General of Guam and private counsel representing government agencies and departments, the said Federal law being determined to be the supreme law of the land,

2. Issue a temporary injunction pursuant to Rule 65 of the Fed R. Civ Procedure, ordering defendant, and all those in active concert or participation with him, to refrain immediately and pending the final hearing and determination of this action from entering into a contract with an attorney to provide legal services for the Guam Airport Authority that is bereft of provisions for supervision by the Plaintiff of any litigation conducted by such attorney on behalf of the Guam Airport Authority.

3. Issue a permanent injunction perpetually enjoining and restraining Defendant, his successors, and all those in active concert or participation with him, from engaging in the conduct complained of herein.

Page 4
*ATTORNEY GENERAL vs. WILLIAM R. THOMPSON, Complaint*
District Court of Guam Civil Action File No. _____

Case 1:03-cv-00008 Document 1 Filed 03/03/2003 Page 4 of 7

4. Award to plaintiff its costs and disbursements herein, as well as reasonable attorney fees; and

5. Award plaintiff, such other and further relief as to the court shall seem just.

Dated: 3/3/03

Douglas B. Moylan
Attorney General

By: *[signature]*
Joseph A. Guthrie
Deputy Attorney General

F:\AG_DATA\Litigation\DATA\GUTHRIE\COMPLAINT.The AG of Guam vs. W.R. Thompson1.doc

Page 5
*ATTORNEY GENERAL vs. WILLIAM R. THOMPSON, Complaint*
District Court of Guam Civil Action File No. _____

Case 1:03-cv-00008    Document 1    Filed 03/03/2003    Page 5 of 7

# Pacific Daily News

©2003 Guam Publications, Inc.  A Gannett Newspaper
VOL. 34 NO. 18 HAGÅTÑA, GUAM, FEBRUARY 19, 2003   HAFA ADAI, IT'S WEDNESDAY   guampdn.com   75¢ on Guam

# Payless payday expected
## Immediate job cuts to affect all GovGuam agencies

**By Oyaol Ngirairikl**
*Pacific Daily News*
ongirairikl@guampdn.com



The government of Guam might not be able to avoid payless paydays, and the administration is now calling for immediate GovGuam job cuts, Lt. Gov. Kaleo Moylan said yesterday.

The Department of Education's interim superintendent Monday sent a memo to that department's employees warning there is no money to meet DOE's next payroll.

Moylan said the government's budget is dependent on tax revenues, which have decreased over the years because of a decline in the economy. He said an impending war with Iraq — which might mean fewer tourists — will also affect revenue.


Moylan

Unless Guam finds a way to increase revenue, GovGuam will not be able to meet payroll, he said.

"We can go to the reduction of hours — is that enough to allow us to meet the gross payroll? The answer is no. We can go to a reduction ... of positions — the answer is still no," Moylan said.

The Camacho administration plans today to unveil its economic plan, which includes immediate GovGuam job cuts, he said. Moylan said no agency will be spared job cuts, including GovGuam's largest agency, the Department of Education.

Moylan said he could not provide

▲ See **Payroll**, Page 4

---

Don't forget to vote in today's Pacific Daily News poll. Today's question:

**Which budget plan do you prefer?**

Results from yesterday's PDN poll are on Page 2

## Corner pocket

In the third installment of our continuing Get in the Game series, Pacific Daily News sports reporter Jill Espíritu tries her hand at pool, playing the game for the first time.
▲ See story, Page 44



## 50 dead in subway fire

About 50 bodies have been found by firefighters inside a South Korean subway train burned in an arson attack on Tuesday, a fire department official at the scene said. MBC-TV reported that one of its reporters, wearing a gas mask, saw "dozens" of charred bodies in the cars.

### INSIDE
▲ *Justice's funeral to be held Saturday*
Page 4

---

## School reopens without air conditioning



Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com

**'Get used to this':** Southern High School health teacher Marian Damian addresses students in her classroom, which is equipped with fans but has no working air conditioner. "It's going to be like this for the rest of the school year," she said. "I told my students, 'Get used to this.'"

▲ See story, Page 2

## Senators cut $30M from budget

### INSIDE
▲ Judge: Gov Guam ordered to pay $9.7 million to Retirement Fund.
▲ Broker: Audit confirms dire GMH financial straits.
Page 2

▲ Delinquent: Agencies avoid power disconnection.
Page 3

▲ Moylan: Attorney general wants hiring, pay flexibility.
Page 4

**By Steve Limtiaco**
*Pacific Daily News*
slimtiaco@guampdn.com

A budget bill for the rest of this fiscal year will be introduced today, and a public hearing on the measure is tentatively scheduled for Friday, said Sen. Frank Aguon Jr., D-Yona.

Aguon's Committee on Appropriations and Budgeting also is scheduled to wrap up budget hearings today at the Legislature's public hearing room.

Senators must pass a government budget for the last seven months of this fiscal year. The current rollover budget, which was passed to give the administration more time to present a spending plan, expires at the end of this month.

Aguon said the budget bill in its current form will include more than $30 million in spending cuts for the rest of this fiscal year. In comparison, Gov. Felix Camacho's budget proposal called for $7.7 million in cuts, with larger cuts during the next two fiscal years.

Of the more than $30 million in cuts, more than $20 million will be in government personnel and operations and the rest will be cut from GovGuam retiree supplemental annuities and cost-of-living allowances, Aguon said.

He said retirees still would receive cost-of-living money even though the

▲ See **Budget**, Page 4

---

## N. Korea threatens to quit armistice

SEOUL (AP) — North Korea threatened on Tuesday to pull out of the 1953 armistice that ended the Korean War, accusing the United States of planning a naval blockade to prepare for a pre-emptive attack.

A spokesman of the North's Korean People's Army said "the situation on the Korean Peninsula is getting extremely tense" because of alleged U.S. plans to send in reinforcements and build a naval blockade to prepare for a pre-emptive attack.

North Korea "will be left with no option but to take a decisive step to abandon its commitment to implement the Armistice Agreement ... and free itself from the binding force of all its provisions," said the unidentified spokesman, quoted by the North's state-run KCNA news agency.

But South Korean and U.S. officials saw no immediate indication North Korea planned to launch a serious attack across the border. Armed forces of the two Koreas were in the middle of their annual winter training.

Even if Tuesday's announcement is largely symbolic, any change in the armistice — the only existing legal instrument keeping an uneasy peace on the peninsula — could greatly increase tensions and uncertainty.

The 1950-53 Korean War ended with an armistice, not a peace treaty, leaving the peninsula still technically in a state of war. The frontier is the world's most heavily

▲ See **Korea**, Page 5

Case 1:03-cv-00008   Document 1   Filed 03/03/2003   Page 6 of 7

## NOTICE OF JOB OPPORTUNITY

Gerard Aflague, Acting Director, Department of Labor

By authority from the Immigration & Naturalization Service, the Guam Department of Labor is making a determination on Temporary Labor Certification Applications for the positions listed in this advertisement. This ad is part of the determination process that will determine that (1) there are not sufficient U.S. workers that are qualified and available to perform work and (2) that the employment of the alien(s) will not adversely affect the wages and working conditions of similarly employed U.S. workers on Guam. The wages listed must be at least equal to the Prevailing Wage Rate for the occupation. U.S. workers shall be offered the same benefits, terms and conditions offered by the employer to alien workers. If you are qualified and want this job, you must apply. If no applicants respond, we must conclude that there are no U.S. workers who are qualified and available.

**1 - WATCHMAKER** (4 yrs. exp. as a Watchmaker, Craft certification in watch making) - $12.00/hr. Duties: Entry-level position requiring close supervision by company's Rolex certified watchmaker. Repairs, cleans and adjusts watch mechanisms. Examines watches to diagnose and identify mechanical watch movement. Estimates cost of repair using knowledge of repairs and cost charts. Uses watchmaker's tools, measuring instruments and cleaning equipment to repair, clean and adjust watches. Removes mechanism from case and examines mechanism for defective parts or accumulation of foreign matter, using loupe. Repairs damaged or worn parts and replaces broken parts, such as mainsprings, hairspring, jewels, stems, escape wheel and pinions. Assembles mechanism and oils moving parts. Tests assembled watch for accuracy. Adheres to safety requirements in performing duties. May assist company's Rolex Certified Watchmaker in requisitioning of parts and supplies. BENEFITS: Round-trip air transportation to and from point of hire; 10 days paid vacation leave; 5 days paid sick leave; 2 days paid personal leave; 10 days paid corporate holidays; medical insurance; and employee discount.

Interested applicants should apply at Guam Employment Service at the One Stop Career Center located at the Sunny Plaza Building, 125 Tun Jesus Crisostomo St. Suite 101, Tamuning. The job offer is open to all qualified U.S. workers without regard to race, color, national origin, age, sex, citizenship and to U.S. workers with disabilities who are qualified, willing, able and available to perform the job. (Ref. No. 2003-02004) Verifiable work references required.

---



### GUAM LEGAL SERVICES CORPORATION
113 Bradley Place
Hagåtña, Guam 96910
Telephone No.: (671) 477-9811/2
TDD/TTY No.: (671) 477-3416
Facsimile No.: (671) 477-1320
E-mail: glsc@netpci.com

### INVITATION TO BID

### AUDIT SERVICES

Guam Legal Services Corporation, a non-profit corporation, is accepting bids from qualified Firms or Individuals to provide audit services for and on behalf of Guam Legal Services Corporation.

Bids may be submitted to Guam Legal Services Corporation, 113 Bradley Place, Hagåtña. Deadline for submission of all bids is 4:30 p.m. (Guam Standard Time) Friday, February 28, 2003. All bids must be submitted to the attention of the Director. For additional information, contact Ms. Theresa Cepeda, Administrator at (671) 477-9811/2 anytime between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday.

/s/ **DANIEL S. SOMERFLECK**
Director

---

## NOTICE OF JOB OPPORTUNITY

Gerard Aflague, Acting Director, Department of Labor

By authority from the Immigration & Naturalization Service, the Guam Department of Labor is making a determination on Temporary Labor Certification Applications for the positions listed in this advertisement. This ad is part of the determination process that will determine that (1) there are not sufficient U.S. workers that are qualified and available to perform work, and (2) that the employment of the alien(s) will not adversely affect the wages and working conditions of similarly employed U.S. workers on Guam. The wages listed must be at least equal to the Prevailing Wage Rate for the occupation. U.S. workers shall be offered the same benefits, terms, and conditions offered by the employer to alien workers. If you are qualified and want this job, you must apply. If no applicants respond, we must conclude that there are no U.S. workers who are qualified and available.

**7 - CEMENT MASONS** (7 yrs. exp.) - $11.34/Hr.
Smoothes and finishes surfaces of poured concrete floors, walls, sidewalks or curbs to specified textures using hand tools or power tools, including floats, trowels and screeds. Spreads soft concrete to specified depth and workable consistency using float to bring to water surface and produce soft topping. Levels, smoothes and shapes surfaces of freshly poured concrete using straightedge and float or power screed. Finishes concrete surface using power trowel or wets and rubs concrete with abrasive stone to impart finish. Removes rough or defective spots from concrete surfaces using power grinder or chisel and hammer and patches holes with fresh concrete or epoxy compound. Molds expansion joints and edges. May sprinkle colored stone chips, powdered steel or coloring powder on concrete to produce prescribed finish. May mix cement using hoe or concrete-mixing machine. May produce rough concrete surface using broom.

**10 - CARPENTERS** (2 yrs. exp.) - $11.70/Hr.
Duties: Constructs, erects, installs and repairs structures and fixtures of wood, wallboard and plywood, including framework. Uses carpenter's hand tools and power tools conforming to local building codes. Studies blueprints, sketches and building plans for information pertaining to types of materials required such as lumber or fiberboard and dimensions of structure or fixture to be fabricated. Select specified type of lumber or other materials. Prepare layout using rule, framing square and calipers. Mark cutting and assembly line materials to prescribed measurements using dowel pins, nails and glue. Verify trueness of structure using plumb bob and carpenter's level. Erect framework for structure and lay subfloor board; Building stairs and layout and install partitions and cabinetwork.

**5 - REINFORCING METAL WORKERS** (2 yrs. exp.) - $10.38/Hr.
Duties: Positions and secures steel bars in concrete forms to reinforce concrete. Determines numbers, sizes, shapes, and locations of reinforcing rods from blueprints, sketches, or oral instructions. Selects and places rods in forms and spacing, and fastens them together using wire and pliers. Cuts bars to required lengths using hacksaw, bar cutters, or acetylene torch.

BENEFITS: Round-trip airfare for off-island hires and food and lodging @ $320.00/mo.

Interested applicants should apply at Guam Employment Service at the One Stop Career Center located at the Sunny Plaza Bldg. at 125 Tun Jesus Crisostomo St., Suite, 101, Tamuning. The job offer is open to all qualified U. S. workers without regard to race, color, national origin, age, sex, citizenship and to U.S. workers with disabilities who are qualified, willing, able and available to perform the job. (Ref. No. 2003-02002)

---



**What planet are you from?**

The *Pacific Daily News* is now ONLINE.
- Local News • Lifestyle
- Opinion • Sports
- Classifieds • National and International News Online

**www.guampdn.com**

The news is out there
*Pacific Daily News*

FOR ADVERTISING OPPORTUNITIES Call: 477-9711 ext. 203

---



## PACIFIC SECURITY ALARM, INC.
### IN BUSINESS SINCE 1969

We are seeking experienced individuals for the following positions:

**MANAGERS**          **SUPERVISORS**
**DISPATCHERS**       **SALES**

### FIRE SPRINKLER / SUPPRESSION SYSTEM INSTALLER

Experienced and System certification ability desirable.

Apply at our main office across Micro Mall, between 8am-5pm. Mon.-Fri. Current Police & Court Clearances required.
EEO

---

### UNIVERSITY OF GUAM
### UNIBETSEDAT GUAHAN
### MANGILAO, GUAM

The University of Guam solicits applications to establish a list of eligibles for the following positions (Tenure/Non-Tenure Track Appointment, Part/Full-Time - Subject to availability of funds):

**INSTRUCTOR TO ASSOCIATE PROFESSOR (COMPUTER SCIENCE)**

**ASSISTANT PROFESSOR TO ASSOCIATE PROFESSOR (MATHEMATICS)**

**ASSISTANT PROFESSOR TO ASSOCIATE PROFESSOR (ENGLISH)**

Contact the Human Resources Office for additional information regarding requirements qualifications and application deadline, 8:00 a.m. to 5:00 p.m., Monday through Friday except weekends and holidays. Call: 735-2350. E-mail for Computer Science and Mathematics position: imortera@uog.edu; English position: dguzman@uog.edu. EO/AAE

/s/ **JOHN Y. ANGOCO**
Director, Human Resources

---

## NOTICE OF JOB OPPORTUNITY

Gerard Aflague, Acting Director, Department of Labor

By authority from the Immigration & Naturalization Service, the Guam Department of Labor is making a determination on Temporary Labor Certification Applications for the positions listed in this advertisement. This ad is part of the determination process that will determine that (1) there are not sufficient U.S. workers that are qualified and available to perform work and (2) that the employment of the alien(s) will not adversely affect the wages and working conditions of similarly employed U.S. workers on Guam. The wages listed must be at least equal to the Prevailing Wage Rate for the occupation. U.S. workers shall be offered the same benefits, terms and conditions offered by the employer to alien workers. If you are qualified and want this job, you must apply. If no applicants respond, we must conclude that there are no U.S. workers who are qualified and available.

**2 - BALLROOM DANCE INSTRUCTOR, INTERNATIONAL STYLE** (2 yrs. exp.) $10.45/Hr.
Instructs students in international-style ballroom dancing at the dance studio, social functions and clubs. Observes students to determine physical and artistic qualifications and plans programs to meet students' needs and aspirations. Explains and demonstrates techniques and styles of International ballroom dancing, including: tango, waltz, Viennese Waltz, Quick Step, foxtrot, cha-cha, rumbo, jive, and samba. Drills students in execution of dance steps.

Interested applicants should apply at Guam Employment Service at the One Stop Career Center located at the Sunny Plaza Building, 125 Tun Jesus Crisostomo St., Suite 101, Tamuning. The job offer is open to all qualified U.S. workers without regard to race, color, national origin, age, sex, citizenship and to U.S. workers with disabilities who are qualified, willing, able and available to perform the job. Job references required upon request. (Ref. No. 2003-02003)

---

## Guam Housing & Urban Renewal Authority
### Aturidat Ginima' Yan Rinueban Siudat Guahan

117 Bien Venida Avenue - Sinajana, Guam 96910
Phone: (671) 477-9851/2/3/4 • Fax: (671) 472-7565 • TTY: (671) 472-3701

Felix P. Camacho, Governor
Kaleo S. Moylan, Lieutenant Governor

### NOTICE TO THE PUBLIC

THIS AD IS PAID WITH HUD FUNDS BY GHURA

Guam Housing and Urban Renewal Authority (GHURA) under the First Time Homebuyer's Down Payment and Closing Cost Assistance Program will be accepting pre-applications for the program from eligible residents of the territory of Guam who are considered First Time Home Buyers, to purchase or construct a primary owner-occupied dwelling. This is an interest free loan and the maximum loan amount shall be the lesser of $18,000.00 or 18% of the purchase price. Assistance will be provided utilizing funds made available through the HOME Investment Partnership Act (HOME Investment Partnership Program) as created by the National Affordable Housing Act of 1990 (NAHA).

The total household income must not exceed 80% of the median income limits as established by HUD and the market value of all HOME assisted property must not exceed 95% of the median purchase price for the territory of Guam. Eligible applicants must also successfully complete a Homeownership Education and Counseling Program sanctioned by the Authority.

GHURA will be accepting applications for this loan program starting on Thursday, February 20, 2003, until further notice. Applications will be available at the Sinajana GHURA office between 8:00 a.m. and 5:00 p.m., Monday through Friday, except holidays. Applications will be accepted on a first come first serve basis but no applications will be received by GHURA without the complete supportive documentation required.

Should you need more information regarding the program, please contact Ms. Jo Lyn Terlaje, Mr. Jess Naputi or Mr. Ronald Lujan at 477-9851/2/3/4.

/s/ **RON de GUZMAN**
Executive Director

GHURA will make necessary arrangement for persons with disabilities or persons requiring interpreters upon prior notification. Should you require such arrangement, please contact Mr. Michael Duenas at the Research Planning & Evaluation Section at telephone numbers 477-9851/2/3/4.

---



**A. B. Won Pat Guam International Airport Authority**
(ATURIDAT PUETTON BATKON AIREN ENTERNASIONAT GUAHAN)
P.O. Box 8770, Tamuning, Guam 96931 • Telephone: (671) 646-0300/1/2

The Honorable Felix P. Camacho, Governor of Guam
The Honorable Kaleo S. Moylan, Lt. Governor of Guam

### REQUEST FOR PROPOSAL

### LEGAL SERVICES

The A.B. Won Pat Guam International Airport Authority (ABWGIAA), a public corporation and an autonomous instrumentality of the Government of Guam, is soliciting proposals from qualified Firms or Individuals to provide legal services for and on behalf of the A.B. Won Pat Guam International Airport Authority.

Request for Proposal (RFP) packages may be obtained at the ABWGIAA Administration Office, Ground Floor Terminal Building, Monday through Friday (excluding holidays) between 8:00 a.m. and 5:00 p.m. **Deadline for submission of all proposals is 4:00 p.m. (Guam Standard Time) Monday, February 24, 2003.** All proposals must be submitted to the attention of the Executive Manager. For additional information, contact Ms. Linda Castro, Supply Management Administrator at (671)646-0300 anytime during the hours stated above.

/s/ **WILLIAM R. THOMPSON**
Executive Manager

/s/ **EDITH C. PANGELINAN**
Deputy Executive Manager
