# United States District Court

DISTRICT OF _____ *Guam*

FILED
DISTRICT COURT OF GUAM
MAR 04 2003
MARY L. M. MORAN
CLERK OF COURT

THE ATTORNEY GENERAL OF GUAM,

Plaintiff,

v.

WILLIAM R. THOMPSON, in his official
capacity as Executive Manager of the
Guam Airport Authority,

Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 03-00008

TO: (Name and Address of Defendant)

WILLIAM R. THOMPSON
c/o Guam Airport Authority
P.O. Box 8770
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Office of the Attorney General
2-200E Judicial Center Bldg.
120 West O'Brien Drive
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

MAR 03 2003

CLERK

DATE

BY DEPUTY CLERK

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | March 3, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Francisco M. Santos | Process Officer II |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: *Monica R. Rivera* / Monica Rivera 3/3/03 3:20pm

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — 0 — | — 0 — | — 0 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *March 3, 2003*
Date

Signature of Server   Francisco M. Santos
Attorney General of Guam
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Address of Server   Hagåtña, Guam 96910

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.