MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
 in his official capacity as Executive Manager
 of the A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>      Defendant. | CIVIL ACTION FILE NO. 03-00008<br><br>**WILLIAM R. THOMPSON'S ANSWER TO COMPLAINT FOR TEMPORARY AND PERMANENT INJUNCTION AND FOR DECLARATORY RELIEF** |

Defendant William R. Thompson hereby responds to the Complaint of Plaintiff as follows:

1. Defendant admits the allegations contained in paragraphs 2, 3, 7, 8, 9, 10, 11 and 14. As to the allegations contained in paragraphs 8, 10 and 11, Defendant expressly asserts the attorney-client privilege as to the contents of the letter referred to in these

paragraphs and does not waive the privilege by admitting the allegations of the Plaintiff relating to this letter.

2. Defendant denies the allegations contained in paragraphs 1, 4, 5, 12, 13, 15, 16 and 17.

3. As to the allegations contained in paragraph 6, Defendant admits that the Plaintiff's cause of action is one for Declaratory Judgment, and that the Plaintiff is seeking a temporary and permanent injunction. Plaintiff denies that the request of relief is pursuant to "Rule 56 of the Federal Rules of Civil Procedure."

4. Defendant denies that Plaintiff is entitled to any relief that is requested in the prayer for relief.

5. All allegations not expressly admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a cause of action upon which relief can be granted.

2. The Court lacks subject matter jurisdiction over this matter.

3. There is no federal question at issue in this proceeding.

4. The terms of the Organic Act do not preempt any Guam legislation referred to by the Plaintiff.

5. Guam's Legislature has the authority to limit the powers of the Attorney General of Guam.

2

6. Guam's Legislature has the authority to permit Guam government agencies to retain independent counsel.

7. Guam's Legislature has enacted specific statutes permitting the Board of Directors of the A.B. Won Pat Guam International Airport to retain independent counsel.

8. The powers of the Attorney General of Guam when reviewing proposed contracts of independent counsel are limited by statute.

9. The Plaintiff is infringing on the powers of the Guam Legislature and the Governor of Guam.

10. The Plaintiff lacks standing.

11. The Plaintiff has failed to name as a defendant the real party in interest.

12. The Plaintiff has failed to join indispensable parties.

13. The court must abstain from this matter and permit the local courts of Guam to address the intra-governmental dispute at issue in this case.

14. Even if abstention were not mandatory, the Court should exercise its discretion to dismiss because declaratory relief is inappropriate where a remedy is available in a pending local court action.

15. The Plaintiff has an adequate remedy at law in the local courts of Guam.

16. The Plaintiff is not entitled to equitable relief because he has unclean hands.

17. The Plaintiff will not suffer irreparable harm.

18. The balance of hardships tips in favor of the Defendant.

3

Case 1:03-cv-00008   Document 4   Filed 03/10/2003   Page 3 of 4

19. The Plaintiff does not have a probability of success on the merits.

20. The public interest and principles of judicial comity weigh in favor of having this dispute resolved in the local courts of Guam.

21. The Plaintiff's claim does not qualify as one for declaratory relief.

22. The Plaintiff's claim is barred by the doctrine of sovereign immunity.

23. The Plaintiff's claim is barred due to his failure to follow the Government Claims Act.

24. The Plaintiff's claim is barred because the Defendant lacks the capacity to sue or be sued.

Dated this 10th day of March, 2003.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant William R. Thompson,
in his official capacity as Executive Manager of the
A.B. Won Pat Guam International Airport Authority

By: _____
**DAVID A. MAIR**

P03223.dam

4