MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
  in his official capacity as Executive Manager of the
  A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, ) ) ) Plaintiff, ) ) v. ) ) WILLIAM R. THOMPSON, in his ) official capacity as Executive ) Manager of the Guam Airport ) Authority, ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 03-00008 **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(1) and 12 (b)(6)) (LACK OF FEDERAL QUESTION AND ABSTENTION)** |

TO: **PLAINTIFF THE ATTORNEY GENERAL OF GUAM**

PLEASE TAKE NOTICE that on April 4, 2003, at the hour of 9:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled

1

**ORIGINAL**

Court, located at U.S. Courthouse, 520 West Soledad Avenue, 4th Floor, Hagåtña, Guam, Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat Guam International Airport Authority ("Defendant"), will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) because Plaintiff Attorney General of Guam's Complaint fails to state a claim upon which relief can be granted, on the grounds that the Court lacks jurisdiction for want of a federal question and the Court should abstain pursuant to the <u>Younger</u> doctrine because this case involves the Superior Court of Guam.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of David A. Mair, and by all of the pleadings and proceedings heretofore had herein.

Dated this 10th day of March, 2003.

    **MAIR, MAIR, SPADE & THOMPSON**
    A Professional Corporation
    Attorneys for Defendant William R. Thompson,
     in his official capacity as Executive Manager of the
    A.B. Won Pat Guam International Airport Authority

    By: _____
       **DAVID A. MAIR**

P03724.RTT

2