MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
   in his official capacity as Executive Manager of the
   A.B. Won Pat Guam International Airport Authority

## IN THE DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>    Defendant. | CIVIL ACTION FILE NO. 03-00008<br><br><br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND JOIN AN INDISPENSABLE PARTY** |

**TO: PLAINTIFF THE ATTORNEY GENERAL OF GUAM**

    PLEASE TAKE NOTICE that on _April 4, 2003_, at the hour of _9:30 a_.m., or as soon thereafter as the matter may be heard in the above-entitled

1

**ORIGINAL**

Court, located at U.S. Courthouse, 520 West Soledad Avenue, 4th Floor, Hagåtña, Guam, Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat Guam International Airport Authority ("Defendant"), will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(7) because Plaintiff Attorney General of Guam's Complaint fails to state a claim upon which relief can be granted, on the grounds that the Defendant has no capacity to sue or be sued and, further, because the Attorney General's Complaint fails to name an indispensable party.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of David A. Mair, and by all of the pleadings and proceedings heretofore had herein.

Dated this 10th day of March, 2003.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant William R. Thompson,
in his official capacity as Executive Manager of the
A.B. Won Pat Guam International Airport Authority

By: _____
**DAVID A. MAIR**

P03216.mtcd

2