MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
  in his official capacity as Executive Manager of the
  A.B. Won Pat Guam International Airport Authority

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM R. THOMPSON, in his ) <br> official capacity as Executive ) <br> Manager of the Guam Airport ) <br> Authority, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE NO. 03-00008 <br><br><br><br> **DECLARATION OF DAVID A. MAIR IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND TO JOIN AN INDISPENSABLE PARTY** |

I, DAVID A. MAIR, hereby declare as follows:

1.  I am a resident of Guam, over the age of 18 and legally competent to testify to the matters contained in this Declaration.

2.  I am a partner in the law firm of Mair, Mair, Spade & Thompson and legal counsel for the Defendant in this action.

**ORIGINAL**

3. Attached hereto and marked as Exhibit 1 is a true and correct copy of an article which appeared in the Pacific Daily News on February 19, 2003, entitled "Judge orders treasurer to pay funds." This article states that the Attorney General had originally sought a writ of mandamus against Bureau of Budget and Management Research Director Paul Leon Guerrero to compel payment of funds to the Government of Guam Retirement Fund and then corrected this error by changing the Respondent to the Treasurer of Guam, Y'Asela Pereira.

4. Attached hereto and marked as Exhibit 2 is a true and correct copy of an article which appeared in the Pacific Daily News on February 20, 2003, entitled "AG corrects indictment of wrong woman." This article states that "the wrong Ann Perez -- a woman not involved in the alleged illegal act -- was indicted in the Superior Court of Guam last week. The attorney general's office yesterday apologized for the mistake and corrected it."

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

DATED: 3/10/03

DAVID A. MAIR

P032018.mtcd

gency-declarations" by then-Gov. Carl Gutierrez, the report adds.

"Without these subsidies, the independent auditors Deloitte. Touche — who conducted the audit — have raised doubt as to the ability of GMH to continue as a "going concern," according to the audit report.

As of Sept. 30, 2001, the hospital had liabilities of $64.7 million and only $28 million of cash and receivables to pay those liabilities, according to the audit report.

**ON THE NET**

▲ www.guamopa.org

# Judge orders treasurer to pay funds

**By Steve Limtiaco**
*Pacific Daily News*
slimtiaco@guampdn.com

Superior Court Judge Katherine Maraman yesterday ordered the government of Guam's treasurer to pay $9.7 million, plus interest, to the Government of Guam Employees Retirement Fund by March 6 or to explain why the treasurer should not.

Maraman signed an order to issue an alternative writ of mandamus, at the request of the attorney general's office. A writ of mandamus requires an official to perform an act that the law recognizes as an absolute duty.

Attorney General Douglas Moylan has challenged the government of Guam's decision to withhold mandatory employee and employer payments to the Retirement Fund.

According to Moylan, those payments are part of employee compensation and the government cannot keep the money and use it for other expenses.

The administration owes about $2 million in retirement contributions after failing to hand over the money for two pay periods. The balance of the payment cited in the court order is for retirement contributions owed by the Department of Education for its employees.

The writ originally was directed toward Bureau of Budget and Management Research Director Paul Leon Guerrero, but it was changed to name treasurer Y'Asela Pereira.

A hearing has been scheduled for 10 a.m. March 6 at Superior Court to hear the treasurer's response.

---

teachers said.

"And there's not enough water to flush the toilets," Pineda said.

"A lot of them are starting to realize, maybe, the importance of school and the power of knowledge," he said.

at home. You wake up and don't have anything to do," she said.

Santiago, who is joining the Army

▲ Do you have friends or family members who have been deployed to the Middle East? We'd like to talk to you and hear your stories. How are you coping? Would you like to get in touch with others facing the same issues you are?

▲ You can e-mail news@guampdn.com or call City Editor David V. Crisostomo at 477-9711, ext. 414 or Projects Editor Lalaine Estella at 477-9711, ext. 431.

**Clearing the record**

We care about accuracy. If you [w]ould like to clear the record, Pacific Daily News at [ex]t. 414.

**EXHIBIT 1**

The Daily News, Wednesday, February 19, 2003

Case 1:03-cv-00008    Document 12    Filed 03/10/2003    Page 3 of 5

February 20, 2003

**Executive order:** Lt. Gov. Kaleo Moylan answers questions about cost-cutting measures during a press conference yesterday at his office. The administration has ordered most government agencies to reduce employees' work hours to 32 hours per week in order to save money.

*Masako Watanabe/Pacific Daily News/mwatanabe@guampdn.com*

### THE PROCESS

**How layoffs work:**

▲ 1) The Department of Administration will lose a computer to assign points for employees, based on experience and job performance.

▲ 2) Agency directors will identify which positions must be cut because of a lack of money.

▲ 3) Employees identified for layoffs will be notified by their directors, who also will tell them, which similar jobs within the agency they can take by "bumping" out an employee with fewer points.

▲ 4) Employees who are bumped will have the option of bumping other employees with fewer points.

▲ 5) The bumping ends when there are no toes remaining, or when an employee does not have enough points to bump anyone else. While employees cannot bump into jobs in other agencies, directors have the option of making permanent transfers between agencies.

▲ 6) Official notices will be issued informing all of the affected employees that they will be laid off or that they will be bumped.

▲ 7) A 60-day notification period to be gins. Employees can appeal their layoffs to the Civil Service Commission within 20 days of being notified, or else they have been laid off.

▲ 8) On the 61st day, employees who received notices will be laid off or must move to their new bumped positions.

▲ 9) Those who are laid off will have priority placement for government jobs when positions open.

*Pacific Daily News files and the Civil Service Commission*

### INSIDE

▲ **Budget:** DOE requests $91 million

▲ **Cuts:** Superior Court freezes 32 vacant positions. **Page 2**

▲ **Higher education:** Further cuts mean losing programs. **Page 3**

▲ **Plan:** Senators plan to phase out passport office. **Page 4**

▲ **Opinion:** GovGuam bankruptcy may not be the answer. **Page 8**

▲ **Editorial:** Cuts must be made from least-needed areas of GovGuam. **Page 20**

See **Budget**, Page 4

---

## AG corrects indictment of wrong woman

**By Theresa Merto**
*Pacific Daily News*
*tmerto@guampdn.com*

It was a case of a mistaken identity.

There are two people named Ann Perez who work at the Guam Memorial Hospital. One of them was allegedly involved in coercing a notary to affirm a controversial settlement agreement.

In an apparent mix-up, the wrong Ann Perez — a woman not involved in the alleged illegal act — was indicted in the Superior Court of Guam last week.

The attorney general's office yesterday apologized for the mistake and corrected it.

A grand jury yesterday indicted Ann Cabrera Perez, Therese Hart and Deborah Alicto for their alleged involvement in a $150,000 settlement agreement between the hospital and Hart's father.

The indictment replaces the one that was issued Feb. 12 against Ann Leon Guerrero Perez, Hart and Alicto, according to Assistant Attorney General Basil O'Mallan.

"It was identical to the indictment that was handed down last week, with a clarification of the Perez defendant," O'Mallan said.

**Ann Cabrera Perez**

### Apology

The attorney general's office apologized for any inconvenience or embarrassment the initial indictment caused for Ann L.G. Perez.

Ann L.G. Perez is a hospital billing office clerk, and Ann Cabrera Perez was the secretary for Therese Hart,

See **Indictment**, Page 4

---

**Agana Shopping Center**
"Your First Choice, For All Your Shopping Needs!" Tel: 472-5027/8

Store Hours:
Mon.-Sat. 10am to 8pm
Sun. 10am to 6pm
Payless Supermarket
Open 24Hrs.

---

**INSIDE**

*North Korea situation causes security concern*
**Page 5**

*U.S. war protests set back plans for Iraq*
**Page 13**

activities for families and singles.
See story, **Page 22**

---

**EXHIBIT 2**

February 20, 2003

## Budget: Layoffs to be announced within days

▲ Continued from Page 1

Jobs are 100 percent federally funded or whose jobs are entirely funded by one of the government's special funds.

"Critical" employees also are not affected by the order, including teachers, police officers, firefighters, customs officers, corrections officers, nurses, and collectors and auditors at the Department of Revenue and Taxation.

By cutting the work week to 32 hours, employees still will be eligible for government benefits.

The shorter work week is expected to save the General Fund about $1.4 million each payday, or more than $36 million per year, but Moylan said that still will not be enough to overcome the government's financial crisis. As of yesterday, the General Fund's cash shortage was greater than $110 million.

Government furloughs or layoffs likely will be announced within days, Moylan said, although he said personnel cuts also will not be enough to save the government.

"Gov. (Felix) Camacho has ordered all agency heads to review all positions within line agencies to identify those that can be slated for elimination," Moylan said. "Once this review has been completed, we will move quickly to begin the (reduction in force) procedures."

### Not enough

Moylan said the shorter work week and the employee cuts still will not leave enough money to pay for the government's critical services of education, public safety and health. The General Fund needs to start collecting more money as well, he said.

"The Legislature must review the revenue enhancement proposals that are before them," Moylan said. Those proposals include a new 6-percent sales tax, borrowing money on the bond market, increasing taxes on alcohol and tobacco and increasing government fees for services and licenses.

Lawmakers are working on a budget for the last seven months of this fiscal year. The budget must be passed by the end of this month, when the current rollover budget expires.

"The 32-hour work week will remain until the government is able to meet its financial obligations to meet gross payroll. As soon as the economy recovers, then we will lift the 32-hour work week," Moylan said.

### Voluntary furloughs

According to the Civil Service Commission, voluntary furloughs are the first option to reduce the number of government workers.

If that is not enough, then layoff procedures will begin, with agency directors determining which positions will be eliminated.

Employees will lose their jobs 60 days after being notified.

In the event of layoffs, employees with more experience and better performance evaluations will keep the jobs that remain, Civil Service Commission Executive Director Vernon Perez said.

Although the administration plans to cut employees from the payroll, it will fully compensate the remaining GovGuam employees for their work, including paying Retirement Fund contributions, taxes, health insurance payments and other expenses that are deducted from their paychecks, Moylan said.

The government has been ignoring or delaying those payments because of its cash shortage.

"Today, that practice stops," Moylan said.

### Economic reality

Moylan said the administration recognizes the contributions of government workers and said they have become victims of the government's failure to adjust to economic reality.

"We want to let you know that there are no options left," Moylan said. "If we don't act now, we won't be able to pay you at all."

> "We want to let you know that there are no options left. If we don't act now, we won't be able to pay you at all."
>
> **Lt. Gov. Kaleo Moylan**

When asked why the administration did not cut work hours sooner, Moylan said, "It's taken time to understand where we are in our cash position and where we are with our financial obligations. What we are doing now is following the proper procedures, and it takes time to follow the proper procedures. There was no delay. The work was always in progress."

### Legislature

Vice Speaker Frank Aguon Jr., D-Yona, said the shorter work week represents a more drastic cut in personnel than the 10 percent cut the Legislature is considering in its budget bill.

Aguon said lawmakers intended to phase in the cuts by April to give employees time to adjust.

"That is the biggest concern I have," Aguon said. He said the executive order emphasizes the government's dire financial condition and reinforces the need for lawmakers to reduce the government's budget.

The administration this week announced that Moylan will be in charge of budget issues. Gov. Felix Camacho was not present during yesterday's announcement.

## Indictment: Charges against wrong woman dismissed

▲ Continued from Page 1

O'Mallan said.

"We didn't think there would be two Ann Perezes working in administration at GMH," O'Mallan said. "Our initial investigation, our source of information, only knew of one Ann Perez."

O'Mallan said even after the indictment was issued, further investigation was conducted. After the error was discovered the following day, charges against Ann L.G. Perez were immediately dismissed.

"(She) was not involved in this matter," O'Mallan said.

### WHAT'S NEXT

▲ Therese Hart, Ann Cabrera Perez and Deborah Alicto have been summoned to appear for an arraignment hearing on Feb. 26 at the Superior Court of Guam.

### Improper influence

Ann Cabrera Perez and Hart yesterday were indicted on charges of improper influence over a notary and official misconduct, O'Mallan said. Alicto faces charges of unlawful exercise of a notary function and official misconduct.

Ann Cabrera Perez and Hart are accused of coercing Alicto to notarize, or certify, a settlement agreement between the hospital and Pedro Hart, Therese Hart's now-deceased father.

Alicto was not present when the agreement was signed. But by law, a notary must be present when a document is signed.

Former Gov. Carl Gutierrez, who was then acting hospital administrator, signed the agreement and Therese Hart has admitted to forging her father's signature on the document.

The three women have been summoned to appear for an arraignment hearing in the Superior Court of Guam on Feb. 26.

Case 1:03-cv-00008   Document 12   Filed 06/10/2003   Page 5 of 5