MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
   in his official capacity as Executive Manager of the
   A.B. Won Pat Guam International Airport Authority



FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, <br><br> Defendant. | CIVIL ACTION FILE NO. 03-00008 <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS BASED ON UNSUITABILITY OF DECLARATORY RELIEF** |

TO: **PLAINTIFF THE ATTORNEY GENERAL OF GUAM**

      PLEASE TAKE NOTICE that on _April 4, 2003_, at the hour of _9:30_ _a_.m., or as soon thereafter as the matter may be heard in the above-entitled

1

ORIGINAL

Court, located at U.S. Courthouse, 520 West Soledad Avenue, 4th Floor, Hagåtña, Guam, Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat Guam International Airport Authority ("Defendant"), will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) because Plaintiff Attorney General of Guam's Complaint fails to state a claim upon which relief can be granted, on the grounds that the Court has discretion to dismiss federal declaratory judgment actions when a parallel state proceeding is pending and where the state proceeding affords a more comprehensive remedy for the parties.

The motion will be based on this Notice of Motion and Motion, and the Memorandum of Points and Authorities filed herewith, and by all of the pleadings and proceedings heretofore had herein.

Dated this 10th day of March, 2003.

> **MAIR, MAIR, SPADE & THOMPSON**
> A Professional Corporation
> Attorneys for Defendant William R. Thompson,
>   in his official capacity as Executive Manager of the
>   A.B. Won Pat Guam International Airport Authority
>
> By: _____
> **DAVID A. MAIR**

P03228.rtt

2