MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
   in his official capacity as Executive Manager of the
   A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, <br><br> Defendant. | CIVIL ACTION FILE NO. 03-00008 <br><br> **AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.    I, David A. Mair, am the attorney for the Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat Guam International Airport

1

**ORIGINAL**

Authority ("Defendant"). I contacted the attorney for the opposing party in this action to agree upon a date for oral argument of the following motions filed by and on behalf of Defendant:

    a.    Motion To Dismiss for Failure to Name Proper Defendant and Join Indispensable Party;

    b.    Motion to Dismiss for Lack of Subject Matter Jurisdiction;

    c.    Motion to Dismiss for Failure to State a Claim.

2.     I have discussed the scheduling of the above-mentioned motions with Assistant Attorney General J. Basil O'Mallan, III, Esq., who represents the Plaintiff.

3.     We agreed upon the following date and time: **April 4, 2003, at 9:30 a.m.**

4.     I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

Dated: March 10, 2003

**DAVID A. MAIR**
Attorney for Defendant William R. Thompson
in his official capacity as Executive Manager
of the A.B. Won Pat Guam International
Airport Authority

P032019.MTCD