MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
 in his official capacity as Executive Manager
 of the A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, | CIVIL ACTION FILE NO. 03-00008 |
| Plaintiff, | |
| v. | **NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO REDACT AND SEAL CONFIDENTIAL COMMUNICATIONS** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | |
| Defendant. | |

**NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO REDACT AND SEAL CONFIDENTIAL COMMUNICATIONS**

NOTICE is hereby given that Defendant **WILLIAM R. THOMPSON** respectfully moves this Court ex parte to seal all confidential communications between the Plaintiff Attorney General of Guam, the Defendant, and the A.B. Won Pat Guam International Airport Authority ("GIAA"), including the "Exhibit 1" that was filed before this Court as an attachment to the Plaintiff's Complaint on March 3, 2003. Defendant further moves that in

1

**ORIGINAL**

place of Exhibit 1, the Plaintiff Attorney General of Guam be ordered to substitute a new exhibit which redacts any confidential or privileged communication between GIAA and the Attorney General.

The grounds supporting this Motion are more fully set forth in the accompanying Memorandum of Points and Authorities filed together herewith and incorporated herein by this reference. This Motion is further supported by the pleadings filed in this case and by the record before this Court.

Respectfully submitted this 10th day of March, 2003.

MAIR, MAIR, SPADE & THOMPSON<br>
A Professional Corporation<br>
Attorneys for Defendant<br><br>
By: _____<br>
**DAVID A. MAIR**

P03203.dam

2

Case 1:03-cv-00008   Document 17   Filed 03/10/2003   Page 2 of 2