MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
 in his official capacity as Executive Manager
 of the A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| THE ATTORNEY GENERAL OF GUAM, | ) ) ) | CIVIL ACTION FILE NO. 03-00008 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **DECLARATION OF DAVID A. MAIR IN SUPPORT OF EX PARTE MOTION TO REDACT AND SEAL CONFIDENTIAL COMMUNICATIONS** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | ) ) ) ) ) | |
| Defendant. | ) ) | |

I, DAVID A. MAIR, hereby declare as follows:

1. I am a resident of Guam, over the age of 18, and legally competent to testify to the matters contained in this Declaration. This Declaration is made pursuant to Pursuant to Local Rule 1.7(j).

2. I am the attorney for Defendant William R. Thompson in this case. Mr. Thompson is the Executive Manager of the Guam International Airport Authority (GIAA).

1

3. The Plaintiff is the Attorney General of Guam, and he is represented by J. Basil O'Mallan, III, an Assistant Attorney General.

4. Mr. Thompson is seeking an ex parte order to seal confidential communications between him, GIAA, and the Attorney General because the documents sought to be sealed are of a highly sensitive nature and immediate action is necessary in order to avoid irreparable harm. A memorandum of points and authorities setting forth in full the grounds for this ex parte application is filed together herewith and incorporated by this reference.

4. I have made a good faith effort to contact opposing counsel and advise him of the substance of this ex parte application.

5. Opposing counsel was unable to agree to disagree with the Motion to Seal, but said he would call me back in 15 minutes. Opposing counsel has not called back within the requested time frame and I am compelled to file this Motion in order to protect the confidences of my client. I assume that opposing counsel wishes to be present at any hearing regarding the merits that may be held before this Court.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated this 10th day of March, 2003.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant

By: _____
**DAVID A. MAIR**

P03206.dam

2