MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
 in his official capacity as Executive Manager
 of the A.B. Won Pat Guam International Airport Authority

FILED
DISTRICT COURT OF GUAM
MAR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT
18

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, | CIVIL ACTION FILE NO. 03-00008 |
| Plaintiff, | |
| v. | [PROPOSED] ORDER SEALING CONFIDENTIAL COMMUNICATIONS |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | |
| Defendant. | |

This matter came before the Court upon the ex parte motion of Defendant William R. Thompson to redact and seal confidential communications between the Plaintiff Attorney General of Guam, the Defendant, and the Guam International Airport Authority. After ~~hearing the oral arguments of counsel and~~ reviewing the pleadings and record before it, the Court, being fully advised of the premises, hereby Orders the following:

(1) That Defendant's motion be and is GRANTED; (2) That Exhibit 1 of the Attorney

**ORIGINAL**

1

General's Complaint shall immediately be SEALED; and (3) That the Plaintiff shall substitute in place of Exhibit 1 a new exhibit which redacts any confidential or privileged communication between Defendant, GIAA, the Attorney General or his office.

    SO ORDERED.

Dated: **MAR 1 1 2003**

JOHN S. UNPINGCO
Chief District Judge

**PRESENTED BY:**

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant

By: _____
    DAVID A. MAIR

Date: 3/10/03

RECEIVED
MAR 1 0 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

P03204.dam