

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
MAR 13 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, | Civil Case No. CV_03-0008_____ |
| Plaintiff, | |
| vs. | |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | **NOTICE OF EX PARTE MOTION AND EX PARTE MOTION TO EXTEND DEADLINE** |
| Defendant. | |

## NOTICE OF EX PARTE MOTION TO EXTEND DEADLINE

NOTICE is hereby given that Plaintiff The Attorney General of Guam respectfully moves this Court ex parte to extend the deadline on the briefing schedule for Defendant's three (3) motions.

The grounds supporting this Motion are more fully elaborated in the accompanying Memorandum of Points and Authorities filed contemporaneously herewith and incorporated herein by this reference. This Motion is further supported by the record before the Court.

Page 1
Notice of Ex Parte Motion
District Court Case No. 03-0008

Case 1:03-cv-00008    Document 24    Filed 03/13/2003    Page 1 of 2

ORIGINAL

Respectfully submitted this 13th day of March, 2003.

**OFFICE OF THE ATTORNEY GENERAL**
DOUGLAS B. MOYLAN, Attorney General of Guam

_____
**J. Basil O'Mallan III**
Assistant Attorney General, Civil Division