

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
(671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com ● law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

**F I L E D**
DISTRICT COURT OF GUAM
MAR 1 3 2003
MARY L. M. MORAN

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, ) | Civil Case No. 03-00008 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF COUNSEL** |
| ) | |
| WILLIAM R. THOMPSON, in his official ) | |
| capacity as Executive Manager of Guam ) | |
| Airport Authority, ) | |
| ) | |
| Defendant. ) | |
| ———————————————————— ) | |

I, **J. Basil O'Mallan, III**, declare:

1.      I am Plaintiff's counsel in the above action.

2.      I make this Declaration from my personal knowledge and would so testify if called upon to do so.

3.      Defendant is represented by David A. Mair, Esq.

4.      I have contacted Attorney Mair and advised him that I will be filing this *Ex Parte* Motion to Extend Deadline at approximately 3 p.m. today.

5. Mr. Mair advised me that he opposes the ex parte motion and wants an opportunity to be heard on the matter if the court should decide to entertain oral arguments on the matter.

I declare, under penalty of perjury, this 13th day of March, 2003 that the foregoing is true and correct to the best of my knowledge.

**J. Basil O'Mallan, III**