ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 13 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>　　Defendant. | Civil Case No. 03-00008<br><br><br><br>ORDER |

This case is before the Court on an *Ex Parte* Motion to Extend Deadline ("*Ex Parte* Motion") filed by the plaintiff Attorney General of Guam. After careful consideration of the pleadings, the Court hereby denies the *Ex Parte* Motion. The Attorney General of Guam should be prepared to proceed expeditiously, especially in circumstances such as this where the public's interest is involved.

SO ORDERED this 13th day of March, 2003.

JOHN S. UNPINGCO
District Judge