Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

F I L E D
DISTRICT COURT OF GUAM
MAR 17 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| ATTORNEY GENERAL OF GUAM, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM R. THOMPSON, in his official )<br>capacity as Executive Manager of Guam )<br>Airport Authority, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Case No. 03-00008<br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **PROPOSED ORDER and MOTION FOR PRELIMINARY INJUNCTION** by delivering to:

---

Page 1
*Declaration of Service*
District Court Case No. 03-00008

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Connie S. Mendiola<br>Special Assistant | Guam Airport Authority<br>Tiyan, Guam | March 06, 2003<br>9:22a.m. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of March, 2003.

_____
FRANCISCO M. SANTOS
Process Server