
```
 1  
 2   Office of the Attorney General
 3   Douglas B. Moylan
     Attorney General of Guam
 4   Civil Division
     Guam Judicial Center, Suite 2-200E
 5   120 West O'Brien Drive
     Hagåtña, Guam 96910 • USA
     (671) 475-3324 • (671) 472-2493 (Fax)
 6   www.guamattorneygeneral.com • law@mail.justice.gov.gu
 7   Attorneys for the Government of Guam
```



FILED
DISTRICT COURT OF GUAM
MAR 18 2003
MARY L. M. MORAN
CLERK OF COURT

(31)

# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM R. THOMPSON, in his official ) <br> capacity as Executive Manager of the Guam ) <br> Airport Authority, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 03-00008 <br><br> **ERRATA TO OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND JOIN ANY INDISPENSABLE PARTY** |

Plaintiff hereby submits the following errata to its Opposition to Motion to Dismiss for Failure to Name the Proper Defendant and Join any Indispensable Party.

/ / / / /

/ / / / /

/ / / / /

---

Page 1
*Errata to Opposition to Motion to Dismiss for Failure to Name*
  *The Proper Defendant and Join any Indispensable Party*
Superior Court of Guam
Civil Action No. 03-00008

Page 3, lines 8 through 9 should read:

> (10) all offices and employment made, by law, to be at the pleasure of any board, commission or officer.

Page 4, line 6 and 7 should read:

> That the unclassified service includes only persons providing personal services as employees, and does not include independent contractors, is indicated by the statutes.

Dated this 18th day of March, 2003.

DOUGLAS B. MOYLAN
Attorney General

By: */s/ Joseph A. Guthrie/*
JOSEPH A. GUTHRIE
Deputy Attorney General
Civil Division

A:\errata03cv00008.opp\ba

Page 2
*Errata to Opposition to Motion to Dismiss for Failure to Name
   The Proper Defendant and Join any Indispensable Party*
Superior Court of Guam
Civil Action No. 03-00008