MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
  in his official capacity as Executive Manager of the
  A.B. Won Pat Guam International Airport Authority



FILED
DISTRICT COURT OF GUAM
MAR 20 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>               Plaintiff,<br><br>v.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>               Defendant. | CIVIL ACTION FILE NO. 03-00008<br><br>**DECLARATION OF DAVID A. MAIR IN SUPPORT OF DEFENDANT WILLIAM R. THOMPSON'S MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND JOIN AN INDISPENSABLE PARTY** |

I, DAVID A. MAIR, do hereby declare and state as follows:

1.     That I am a resident of Guam, over the age of eighteen (18) years of age, legally competent to testify, and have personal knowledge of the matters set forth herein, except those matters alleged upon information and belief, which I believe to be true.

**ORIGINAL**

2. I am a member of the bar of this Court and a principal in the law firm of Mair, Mair, Spade & Thompson; and as such am the attorney primarily responsible for the defense of Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat International Airport Authority, Guam in the above-captioned matter.

3. Attached to this Declaration as Exhibit A is a letter to the Honorable Douglas B. Moylan from Frank F. Blas dated March 2, 2003 regarding the retention of independent counsel.

I declare under penalty of perjury under the laws of Guam that the foregoing is true and correct.

Dated this 20th day of March, 2003.

_____
**DAVID A. MAIR**

P038025.MTCD

1

**A.B. WON PAT**

*ATURIDAT PUETTON BATKON AIREN GUAHAN ENTENASIONAT*
**GUAM INTERNATIONAL AIRPORT AUTHORITY**

March 3, 2003

**VIA HAND DELIVERY**

The Honorable Douglas B. Moylan
Attorney General of Guam
Office of the Attorney General
120 West O'Brien Drive
Suite 2-200E, Guam Judicial Center
Hagåtña, Guam 96910

Re: **Retention of Independent Counsel**

Dear Attorney General Moylan:

On Thursday, February 27, 2003, the Board of Directors of the A.B. Won Pat Guam International Airport Authority ("GIAA") voted to retain the law firm of Mair, Mair, Spade & Thompson ("Mair Firm") as independent counsel pursuant to the authority granted the Board in Title 12 Guam Code Annotated Sections 1108(a) and (d). The Board has decided to retain independent counsel for a variety of reasons, including the following:

1. GIAA and numerous other autonomous agencies have historically retained independent counsel because it permits the agency to select counsel who is best suited for the needs of the agency. The Mair Firm has specialized skills in corporate law, business transactions and commercial litigation that will be extremely useful to GIAA.

2. As a practical matter, GIAA could not exclusively use the services of the Attorney General's Office. Conflicts of interest exist between GIAA and other government agencies, which would ethically prohibit a single law firm (such as the Attorney General's Office) from representing them all.

3. Even though GIAA is retaining independent counsel, GIAA may, if it elects to do so, still use the services of the Attorney General's Office for selective matters. However, the use of the Attorney General's Office is not free of charge - an agency is required by statute to pay for the services of the Attorney General's Office when it is used.

**EXHIBIT A**

Street Add.: 355 Chalan Pasaheru, Tamuning GU 96911    Mailing Add.: P.O. Box 8770, Tamuning, Guam 96931    Tel: (671) 646-0300    Fax: (671) 646-8823    www.airport.guam.net

The Honorable Douglas B. Moylan
Attorney General of Guam
March 3, 2003
Page 2

4. GIAA is in urgent need of independent counsel who can promptly provide services in various matters relating to bid protests, federal grants, contracts and other matters. The lack of independent counsel who can service the needs of GIAA may jeopardize the agency's ability to maintain and/or qualify for certain federal grants.

Please find enclosed hereto the Professional Services Agreement that has been executed by representatives of GIAA and the Mair Firm. We respectfully request that you execute the enclosed contract after approval as to form and legality as required by Title 5 Guam Code Annotated Section 5121(b) and Title 2 Guam Administrative Rules and Regulations Section 2113. Once you have executed the attached contract, it should then be sent to the Governor of Guam for his signature. Please give me a call if you have any questions.

Best regards,

FRANK F. BLAS
Interim Chairman, Board of Directors

Enclosure

cc: The Honorable Felix P. Camacho
    Governor of Guam

    Mr. William R. Thompson
    Interim Executive Manager
    A.B. Won Pat Guam International Airport Authority

    David A. Mair, Esq.
    Mair, Mair, Spade & Thompson