

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| ATTORNEY GENERAL OF GUAM, | ) | Civil Case No. 03-00008 |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of Guam Airport Authority, | ) | **DECLARATION OF SERVICE** |
| Defendant. | ) | |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND JOIN ANY INDISPENSABLE PARTY and PLAINTIFF'S OPPOSITION TO**

---

Page 1
*Declaration of Service*
District Court Case No. 03-00008



**DEFENDANT'S MOTION TO LACK OF SUBJECT MATTER JURISDICTION AND DEFENDANT'S MOTION TO DISMISS BASED ON UNSUITABILITY OF DECLARATORY RELIEF** by delivering to:

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Martha Q. Ignacio | Law Offices of Mair, Mair Spade & Thompson | March 17, 2003 3:22pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of March, 2003.

_____
FRANCISCO M. SANTOS
Process Server