MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090



FILED
DISTRICT COURT OF GUAM
MAR 24 2003

Attorneys for Defendant William R. Thompson,
  in his official capacity as Executive Manager of the
  A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| THE ATTORNEY GENERAL OF GUAM, | ) ) ) | CIVIL ACTION FILE NO. 03-00008 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

I, DAVID A. MAIR, ESQ., hereby certify that I have caused a copy of the

following documents to be served upon the **Office of the Attorney General**, at the Guam

1

**ORIGINAL**

## CERTIFICATE OF SERVICE
Civil Action No. 03-00008

Judicial Center, Suite 2-200E, 120 West O'Brien Drive, Hagåtña, Guam 96910, via hand delivery, on the dates herein below indicated:

| | DOCUMENT | DATE OF SERVICE |
|---|---|---|
| 1. | William R. Thompson's Answer to Complaint for Temporary and Permanent Injunction and for Declaratory Relief | March 10, 2003 |
| 2. | Defendant's Notice of Motion and Motion to Dismiss for Failure to Name the Proper Defendant and Join an Indispensable Party | March 10, 2003 |
| 3. | Memorandum of Points and Authorities in Support of Motion to Dismiss for Failure to Name the Proper Defendant and Join an Indispensable Party | March 10, 2003 |
| 4. | Declaration of David A. Mair in Support of Motion to Dismiss for Failure to Name the Proper Defendant and to Join an Indispensable Party | March 10, 2003 |
| 5. | [Proposed] Order Dismissing Complaint for Failure to Name the Proper Defendant and Join an Indispensable Party | March 10, 2003 |
| 6. | Defendant's Notice of Motion and Motion to Dismiss Based on Unsuitability of Declaratory Relief | March 10, 2003 |
| 7. | Memorandum in Support of Defendant William R. Thompson's Motion to Dismiss Based on Unsuitability of Declaratory Relief | March 10, 2003 |

2

## CERTIFICATE OF SERVICE
Civil Action No. 03-00008

| | | |
|---|---|---|
| 8. | [Proposed] Order Dismissing Case Based on Unsuitability of Declaratory Relief | March 10, 2003 |
| 9. | Agreement on Hearing Date | March 10, 2003 |
| 10. | Defendant's Notice of Motion and Motion to Dismiss (FRCP 12(b)(1) and 12(b)(6)) (Lack of Federal Question and Abstention) | March 10, 2003 |
| 11. | Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction | March 10, 2003 |
| 12. | Declaration of David A. Mair in Support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction | March 10, 2003 |
| 13. | [Proposed] Order to Dismiss (Lack of Federal Question and Abstention) | March 10, 2003 |
| 14. | Notice of Ex Parte Motion and Ex Parte Motion to Redact and Seal Confidential Communications | March 10, 2003 |
| 15. | Memorandum of Points and Authorities in Support of GIAA's Motion to Redact and Seal Confidential Communications | March 10, 2003 |
| 16. | Declaration of David A. Mair in Support of Ex Parte Motion to Redact and Seal Confidential Communications | March 10, 2003 |
| 17. | Declaration of William R. Thompson in Support of Ex Parte Motion to Seal and Redact Confidential Communications | March 10, 2003 |

**CERTIFICATE OF SERVICE**
**Civil Action No. 03-00008**

| | | |
|---|---|---|
| 18. | Order Sealing Confidential Communications | March 12, 2003 |
| 19. | William R. Thompson's Opposition to Plaintiff's *Ex Parte* Motion for Additional Time | March 13, 2003 |
| 20. | Defendant's Opposition to Plaintiff's "Motion for Clarification and Rule 60(b) Motion for Relief from Order" | March 17, 2003 |
| 21. | Declaration of David A. Mair in Opposition to Plaintiff's Motion for Clarification and Relief from Order | March 17, 2003 |
| 22. | William R. Thompson's Opposition to Motion for Preliminary Injunction | March 19, 2003 |
| 23. | Declaration of David A. Mair | March 19, 2003 |
| 24. | Defendant's Reply Brief Re Motion to Dismiss for Unsuitability of Declaratory Relief | March 20, 2003 |
| 25. | Defendant's Reply Brief Re Motion to Dismiss on Federal Question and Abstention Grounds | March 20, 2003 |
| 26. | William R. Thompson's Reply in Support of Motion to Dismiss for Failure to Name the Proper Defendant and Join an Indispensable Party | March 20, 2003 |
| 27. | Declaration of David A. Mair in Support of Defendant William R. Thompson's Motion to Dismiss for Failure to Name the Proper Defendant and Join an Indispensable Party | March 20, 2003 |

4

## CERTIFICATE OF SERVICE
Civil Action No. 03-00008

| 28. | Declaration of David A. Mair in Support of Defendant William R. Thompson's March 20, 2003 Reply Briefs | March 20, 2003 |

Dated this 24th day of March, 2003.

                **MAIR, MAIR, SPADE & THOMPSON**
                A Professional Corporation
                Attorneys for Defendant William R. Thompson, in his official capacity as Executive Manager of the A.B. Won Pat Guam International Airport Authority

By: _____
    **DAVID A. MAIR**

P03734.DAM