# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

x

FILED
DISTRICT COURT OF GUAM
MAR 2 7 2003
MARY L. M. MORAN
CLERK OF COURT

41

**CASE NO. CV-03-00008**          **DATE: 03/26/2003**          **TIME: 3:15 p.m**

**CAPTION:** __The Attorney General of Guam__  -vs-  __William R. Thompson, etc.__

*************************************************************************************

Courtroom Deputy: Leilani Toves Hernandez                      Law Clerk: J. HATTORI & K. WALMSLEY
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 3:15:05 - 4:18:06)      CSO: N. EDROSA & F. TENORIO

****************************** A P P E A R A N C E S ******************************
**COUNSEL FOR PLAINTIFF(s):**                          **COUNSEL FOR DEFENDANT(s):**

__BASIL O'MALLAN, DOUGLAS MOYLAN & ANN KEITH__       __DAVID MAIR__

_____                       _____

*************************************************************************************

**PROCEEDINGS:**
- MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
- MOTION TO DISMISS FOR FAILURE TO NAME THE PROPER DEFENDANT AND JOIN AN
    INDISPENSABLE PARTY
- MOTION TO DISMISS BASED ON UNSUITABILITY OF DECLARATORY RELIEF

_____

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT
(   ) MOTION(s)  __ Granted  __ Denied  ____Settled  ____Withdrawn  ____Under Advisement
(   ) ORDER SUBMITTED  ____ Approved  ____ Disapproved
( X ) ORDER to be Prepared By: __Court__
(   ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court first addressed Plaintiff's Rule 60(b) Motion filed on March 13, 2002. Court DENIES the motion and ratifies its March 11, 2003 Order sealing Exhibit 1. Plaintiff ordered to file a redacted version of Exhibit 1 by 12:00 (noon) on March 27, 2003. Failure to do so will result in the appropriate disciplinary action.

The Court DENIES the Motion to Dismiss for Failure to Name the Proper Defendant and Join an Indispensable Party and states its reasons. Plaintiff will be allowed to amend its complaint to include the G.I.A.A. Board.

The Court GRANTS the Motion to Dismiss for Lack of Subject Matter Jurisdiction and states its reasons.

The Court GRANTS the Motion to Dismiss Based on Unsuitability of Declaratory Relief and states its reasons.

The Court will issue an Order memorializing today's hearing.

COURTROOM DEPUTY: _____                      **END TIME:** 4:18 p.m.
L:\Docs\COURTROOM MINUTES\CV-03-00008.wpd

x