United States District Court, District of Guam

# DIGITAL AUDIO RECORDING ORDER

*Read Instructions on Back* (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME OFFICE OF THE ATTORNEY GENERAL | 2. PHONE NUMBER 475-3324 | 3. DATE 3/26/03 |
|---|---|---|
| 4. MAILING ADDRESS SUITE 2-200E, JUD. CNTR. BLDG 120 W. O'BRIEN DR., HAGATNA, GU 96932 | 5. CITY HAGATNA | 6. STATE GU / 7. ZIP CODE 96932 |

| 8. CASE NUMBER 03-00008 | 9. CASE NAME AG v. THOMPSON | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 3/25/03 | 11. TO 3/25/03 |

| 12. PRESIDING JUDICIAL OFFICIAL JUDGE UNPINGCO | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 13. CITY HAGATNA | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) HEARING WHEREIN CASE WAS DISMISSED | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
MAR 27 2003
MARY L. M. MORAN
CLERK OF COURT

17. ORDER

| | NO. CD(s) | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] CD - PC Audio Format - This format will play using Windows Media Player ™ software. | | 1 | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional) upon completion of the order.

ESTIMATE TOTAL

| 18. SIGNATURE Rennie S.N. Alvarez | 19. DATE 3/26/03 |
|---|---|
| PROCESSED BY | PHONE NUMBER |

| ORDER RECEIVED | DATE MAR 27 2003 | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| CD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD | MAR 27 2003 | | TOTAL REFUNDED | |
| PARTY RECEIVED CD | | | TOTAL DUE | |

ORIGINAL