

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**




# IN THE DISTRICT COURT OF GUAM
# HAGÅTÑA, GUAM

| | | |
|---|---|---|
| THE ATTORNEY GENERAL OF GUAM, | ) | CIVIL ACTION NO. 03-00008 |
| Plaintiff, | ) | |
| vs. | ) | |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | ) | **PLAINTIFF'S REDACTED EXHIBIT 1 TO COMPLAINT** |
| Defendant. | ) | |

Plaintiff hereby submits Plaintiff's Redacted Exhibit 1 to Complaint for filing.

Dated this 28th day of March, 2003.

DOUGLAS B. MOYLAN
Attorney General

By: *[signature]*
JOSEPH A. GUTHRIE
Deputy Attorney General
Civil Division

---

Page 1
*Plaintiff's Redacted Exhibit 1 to Complaint*
District Court of Guam
Civil Action No. 03-00008

**ORIGINAL**



**A.B. WON PAT**

*ATURIDAT PUETTON BATKON AIREN GUAHAN ENTENASIONAT*
**GUAM INTERNATIONAL AIRPORT AUTHORITY**

# EXHIBIT 1

February 13, 2003

**VIA HAND DELIVERY**

The Honorable Douglas B. Moylan
Attorney General of Guam
OFFICE OF THE ATTORNEY GENERAL
120 West O'Brien Drive
Suite 2-200E, Guam Judicial Center
Hagåtña, Guam 96910

    Re:    **Black Construction Corporation v. The Government of Guam, et al.**
              Superior Court of Guam, Civil Case No. CV1075-02

              **International Bridge Corporation/Nippon Hodo Co., Ltd.**
              **v. Government of Guam, et al.**
              Superior Court of Guam, Civil Case No. CV1550-02

Dear Mr. Moylan:

    Guam International Airport Authority ("GIAA") is currently a defendant in two consolidated civil actions which are identified above. As of this date, counsel of record in these civil actions for GIAA is the law firm of Brooks Lynch & Tydingco ("Brooks Firm"). However, the services of that law firm have been terminated, and it is my understanding that the professional services agreement between that law firm and GIAA was never approved by the Attorney General of Guam pursuant to Title 5 Guam Code Annotated Section 5121. For these reasons, GIAA no longer wishes to use the Brooks Firm as its counsel in these civil actions.

    GIAA has the statutory authority to retain private counsel to represent it in these civil actions. 12 G.C.A. § 1108. Guam law provides that, "those branches, department or agencies which are authorized to employ their own legal counsel may use them **instead** of the Attorney General." 5 G.C.A. § 30109(c) (emphasis added). The Comment of the Compiler of Laws makes the following statements regarding this statutory provision:

Street Add.: 355 Chalan Pasaheru, Tamuning GU 96911   Mailing Add.: P.O. Box 8770, Tamuning, Guam 96931   Tel: (671) 646-0300   Fax (671) 646-8823   www.airport.guam.net

   

>Subsection (c) has been amended by P.L. 18-04:5, to conform to the laws which give to specific agencies the authority to hire their own lawyers, **who may undertake litigation without the supervision of the Attorney General**. Such entities include the University of Guam, GEDA, the Airport Authority, GPA, GTA, the Civil Service Commission, and the Guam Memorial Hospital Authority. These authorizations are contained within the laws establishing each of the above entities.

5 G.C.A. § 30109, Comment of Compiler of Laws (emphasis added).

GIAA is in the process of issuing a Request of Proposal so that it can retain private counsel for GIAA. ▓▓▓ These civil actions involve the construction of a parallel taxiway at the airport. ▓▓▓

The two civil actions that have resulted in a stay of construction of the parallel taxiway involve bid disputes with International Bridge Corporation ("IBC") and Black Construction Corporation ("BCC"). ▓▓▓

The Honorable Douglas B. Moylan
February 13, 2003
Page 3



Sincerely,

WILLIAM R. THOMPSON
Executive Manager

Enclosure

cc: Mr. Frank F. Blas, Acting Board Chairman,
    Guam International Airport Authority





# GOVERNMENT OF GUAM
AGANA, GUAM 96932

February 5, 2003

# **MEMORANDUM**

TO: William Thompson
    Executive Manager

[remainder of document redacted]





