FILED
DISTRICT COURT OF GUAM
MAR 28 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>    Defendant. | Civil Case No. 03-00008<br><br><br><br>ORDER |

This case is before the Court on a Motion for Clarification & Rule 60(b) Motion for Relief from Order ("Rule 60(b) Motion"). After reviewing the pleadings, the Court finds that Exhibit 1 is a privileged communication between client and attorney. Accordingly, the Court hereby DENIES the plaintiff's Rule 60(b) Motion and ratifies its March 11, 2003 Order sealing Exhibit 1. The plaintiff shall forthwith file a redacted version of Exhibit 1.[1]

SO ORDERED this 28th day of March, 2003.

_____
JOHN S. UNPINGCO
District Judge

---

[1] The Court believes that Exhibit C, attached to defendant's opposition brief, is a properly-redacted version of the subject letter.