FILED
DISTRICT COURT OF GUAM

APR 0 1 2003

46

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

THE ATTORNEY GENERAL OF GUAM,

    Plaintiff,

    vs.

WILLIAM R. THOMPSON, in his official
capacity as Executive Manager of the Guam
Airport Authority,

    Defendant.

Civil Case No. 03-00008

**J U D G M E N T**

Judgment is hereby entered in accordance with the Order filed April 1, 2003.

Dated this 1st day of April, 2003, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was
entered on the docket on APR - 1 2003.
No separate notice of entry on the docket will
be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By _____ APR - 1 2003
Deputy Clerk     Date

ORIGINAL