FILED
DISTRICT COURT OF GUAM
MAY - 5 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority,<br><br>Defendant. | Civil Case No. 03-00008<br><br>ORDER |

On March 28, 2003, pursuant to the Court's order, the plaintiff filed a redacted version of Exhibit 1[1] to its Complaint to replace the original Exhibit 1 which this Court had sealed.[2] Accordingly, the Clerk's Office is hereby ordered to return to the plaintiff the original Exhibit 1 which was filed with the Complaint.

SO ORDERED this 5th day of May, 2003.

JOHN S. UNPINGCO
District Judge

---

[1] See Docket number 43.

[2] See March 11, 2003 Order (docket number 18) and March 28, 2003 Order (docket number 44).