MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant William R. Thompson,
  in his official capacity as Executive Manager
  of the A.B. Won Pat Guam International Airport Authority

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| THE ATTORNEY GENERAL OF GUAM, | ) ) ) | CIVIL ACTION FILE NO. 03-00008 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **NOTICE OF (CROSS) APPEAL** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority, | ) ) ) ) | |
| Defendant. | ) ) | |

NOTICE is hereby given that William R. Thompson, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an Order and Judgment both entered in this action on the 1st day of April, 2003. This appeal is in the nature of a cross appeal brought pursuant to F. R. App. P. 4(a)(3). In

1

particular, Defendant cross appeals the Court's April 1, 2003 Order insofar as it denied Defendant's motion to dismiss on the grounds that Plaintiff failed to name the proper defendant and join an indispensable party and that the case lacked a federal question.

Dated this 6th day of May, 2003.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendant William R. Thompson,
 in his official capacity as Executive Manager of the
 A.B. Won Pat Guam International Airport Authority

By: _____
DAVID A. MAIR

P03248.rtt

2