| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
| | TRANSCRIPT ORDER | | |

Read Instructions on Back.

| 1. NAME ERIC A. HEISEL | 2. PHONE NUMBER (671) 475-3324 | 3. DATE 04/29/2003 |
|---|---|---|
| 4. MAILING ADDRESS Ste. 2-200E, 120 W. O'Brien Drive | 5. CITY Hagatna | 6. STATE GU / 7. ZIP CODE 96910 |
| 8. CASE NUMBER CV-03-00008 | 9. JUDICIAL OFFICIAL UNPINGCO | DATES OF PROCEEDINGS 10. FROM 3-3-03 / 11. TO 4-1-03 |
| 12. CASE NAME ATTORNEY GENERAL vs. THOMPSON, etc. | | LOCATION OF PROCEEDINGS 13. CITY Hagatna / 14. STATE GU |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing on Motions (entire transcript) | March 26, 2003 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | FILED DISTRICT COURT OF GUAM MAY 28 2003 MARY L. M. MORAN CLERK OF COURT |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | (50) |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE [signature]
19. DATE 5-28-03

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE 5/28/03 BY Wm | |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may be used)    Case 1:03-cv-00008    Document 55    Filed 05/28/2003    Page 1 of 1    PINK - ORDER COPY
☆ U.S. GPO: 1994-560-605