| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS <br> **TRANSCRIPT ORDER** | FOR COURT USE ONLY <br> DUE DATE: | |
| Read Instructions on Back. | | | |
| 1. NAME <br> DAVID A. MAIR | 2. PHONE NUMBER <br> (671) 472-2089 | 3. DATE <br> May 7, 2003 | |
| 4. MAILING ADDRESS <br> Suite 807, GCIC Building; 414 W. Soledad Ave. | 5. CITY <br> Hagatna | 6. STATE <br> Guam | 7. ZIP CODE <br> 96910 |
| 8. CASE NUMBER <br> cv-03-00008 | 9. JUDICIAL OFFICIAL <br> Unpingco | DATES OF PROCEEDINGS <br> 10. FROM    11. TO | |
| 12. CASE NAME <br> ATTORNEY GENERAL OF GUAM VS WILLIAN R. THOMPSON | LOCATION OF PROCEEDINGS <br> 13. CITY Hagatna    14. STATE Guam | | |

15. ORDER FOR
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**FILED DISTRICT COURT OF GUAM JUN 05 2003 MARY L. M. MORAN CLERK OF COURT**

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) Hearing on MOTIONS 3/26/03 | 3/26/03 |
| ☐ JURY INSTRUCTIONS | | ENTIRE TRANSCRIPT *ALREADY ORDERED BY APPELLANT. NEED COPY ONLY | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

52

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY * | ☐ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE 6/4/03

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 6/5/03 | wm | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)    ORIGINAL - COURT COPY    YELLOW - TRANSCRIPTION COPY    GREEN - ORDER RECEIPT    PINK - ORDER COPY

Case 1:03-cv-00008    Document 57    Filed 06/05/2003    Page 1 of 1