UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ATTORNEY GENERAL OF GUAM,<br><br>Plaintiff - Appellant/<br>Cross-Appellee,<br><br>v.<br><br>WILLIAM R. THOMPSON, in his official capacity as Executive Manager of Guam Airport Authority,<br><br>Defendant - Appellee/<br>Cross-Appellant. | Nos. 03-15823 and 03-15999<br><br>D.C. No. CV-03-00008<br>District of Guam, Agana<br><br>ORDER |

FILED
DISTRICT COURT OF GUAM
AUG 29 2003
MARY L. M. MORAN
CLERK OF COURT

55

Plaintiff's motion to supplement the record on appeal with Exhibit 1 to the complaint filed in district court is granted. Exhibit 1 shall be filed and maintained under seal.

The cross-appeal briefing schedule remains stayed.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela B. Bragado, Deputy Clerk
Ninth Cir. R. 27-7/Appendix A,
   General Orders for the
   United States Court of Appeals

RECEIVED
AUG 29 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

pro 8.04