

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| ATTORNEY GENERAL OF GUAM, | ) | Civil Action File No. 03-00008 |
| Plaintiff, | ) | |
| vs. | ) | **PROOF OF SERVICE** |
| WILLIAM R. THOMPSON, in his official capacity as Executive Manager of the Guam Airport Authority. | ) | |
| Defendants. | ) | |

I, **FRANCISCO M. SANTOS,** do hereby certify and declare that on Tuesday, October 1, 2003 at 9:04am, I personally served the *NOTICE OF INCLUSION IN RECORD OF SUPPLMENTAL EXHIBIT* to:

Mair, Mair, Spade & Thompson, P.C.
Suite 807, GCIC Building
414 W. Soledad Avenue
Hagåtña, Guam 96910

Page 1
Proof of Service re: Notice of Inclusion in Record of Supplemental Exhibit - sealed.
A.G. v. William R. Thompson
Civil Action File No. 03-00008
J.L.Rosario

**ORIGINAL**

1  I declare, under penalty of perjury, this 3rd day of October 2003 that the foregoing
2  is true and correct to the best of my knowledge.

_____
FRANCISCO M. SANTOS

Page 2
Proof of Service re: Notice of Inclusion in Record of Supplemental Exhibit - sealed.
A.G. v. William R. Thompson
Civil Action File No. 03-00008
J.L.Rosario