

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)



FILED
DISTRICT COURT OF GUAM

MAR 21 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM



| | |
|---|---|
| **ATTORNEY GENERAL OF GUAM,** | (Civil Case No. CV03-00008) |
| Plaintiff-Appellant, | |
| vs. | MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANT |
| **JESUS Q. TORRES**, in his official capacity as Executive Manager of the Guam Airport Authority, | |
| Defendant-Appellee. | |

Robert M. Weinberg respectfully moves the Court for permission to withdraw as counsel for the Attorney General in the above-styled matter. As grounds, it is submitted that the undersigned has resigned as an assistant attorney general from the Office of Attorney General effective March 31, 2006. Future pleadings and court orders in this case should be addressed to:

# DOUGLAS B. MOYLAN
ATTORNEY GENERAL
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324
(671) 472-2493 (fax)

This 21st day of March, 2006.

*[signature]*
ROBERT M. WEINBERG
Assistant Attorney General

2

# CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel with a copy of the foregoing by hand delivery, or by depositing same in the United States Mail, postage prepaid, and properly addressed to:

David A. Mair, Esq.
Todd Thompson, Esq.
Mair, Mair, Spade & Thompson
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

this 21st day of March, 2006.

ROBERT M. WEINBERG
Assistant Attorney General

3